UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN E. NUNNES | ) | 2:06CV01620 GGH |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | AWARDING ATTORNEY |
| | ) | FEES PURSUANT TO THE |
| MICHAEL J. ASTRUE, | ) | EQUAL ACCESS TO JUSTICE |
| Commissioner of the | ) | ACT, 28 U.S.C. #2412(d) |
| Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND ($5,000.00) dollars and no cents, as authorized by 28 U.S.C. #2412(d), subject to the terms of the above-referenced Stipulation. Attorney fees shall be payable to Plaintiff's attorney, JAMES O. KEEFER.

Dated: 1/9/08                              /s/ Gregory G. Hollows
                                           U.S. MAGISTRATE JUDGE

nunnes.eaja