McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JEAN M. TURK, CSB NO. 131517
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-mail:Jean.Turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMINE NUNNES,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant. | CV 06-1620 GGH<br><br>ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO AMEND MOTION FOR ATTORNEY FEES UNDER 42 U.S.C. 406(b) AND FOR DEFENDANT TO RESPOND |

　　The Court, having considered the parties Stipulation for extension of time for Plaintiff to amend his Motion for Attorney fees under 42 U.S. C. 406(b), and for Defendant to Respond (First Request) and good cause appearing,

　　IT IS ORDERED that the Stipulation is granted and Plaintiff shall have until October 4, 2008 to file an Amended Motion for Attorney Fees under 42 U.S. C. 406(b), or parties will file a Joint Status Report.

Dated: 8/07/2008　　　　　/s/ GREGORY G. HOLLOWS
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　nunnes.eot

1